ROBERT A. DOLINKO (State Bar No. 076256)
rdolinko@nixonpeabody.com
RICHARD E. BROMLEY (State Bar No.156260)
rbromley@nixonpeabody.com
NIXON PEABODY LLP
One Embarcadero; Suite 1800
San Francisco, CA 94111
Telephone:  (415) 984-8200
Facsimile:   (415) 984-8300

Attorneys for Defendant
HERTZ LOCAL EDITION CORPORATION

[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CHEREE NELSON, individually, and as private attorneys general and on behalf of all persons similarly situated,<br><br>       Plaintiff,<br><br>   v.<br><br>HERTZ LOCAL EDITION CORP. and DOES 1 THROUGH 100, INCLUSIVE,<br><br>       Defendants. | Case No.:  SACV 11-00328 AG (Ex)<br><br>**ORDER CONSOLIDATING CASES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 42(a)(2)** |
| DEVA KELLY, individually, and on behalf of others similarly situated,<br><br>       Plaintiff,<br><br>   v.<br><br>HERTZ LOCAL EDITION CORP., a Delaware Corporation, and DOES 1 through 100, inclusive,<br><br>       Defendants. | Case No.:  CV 11-02473 AG (Ex) |

1

13594027.1

# ORDER

Based on the Court having received and considered the Stipulation to Consolidate Cases Pursuant to Federal Rule of Civil Procedure 42(a)(2), recently entered into and filed by the parties in *Nelson, et al. v. Hertz Local Edition Corporation, et al.*, Case No. SA CV 11-00328 AG (Ex), and *Kelly, et al. v. Hertz Local Edition Corporation, et al.*, Case No. CV 11-02473 AG (Ex), and good cause appearing therefore, the Court finds that the *Nelson* and *Kelly* actions involve common questions of law and fact, and therefore should be consolidated for all purposes pursuant to Federal Rule of Civil Procedure 42(a)(2).

All subsequent pleadings and motions shall be filed under the case number of Case No. SACV 11-0328 AG (Ex) consol with CV 11-2473-AG(Ex) and the caption, *Nelson, et al. v. Hertz Local Edition Corp., et al.*,

**IT IS SO ORDERED.**

Dated: September 14, 2011

_____
ANDREW J. GUILFORD
United States District Court Judge